UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| United States of America | ) | |
|         Plaintiff, | ) | |
| v. | ) | Docket No. 2:04-CR-81-P-H-01 |
| | ) | |
| Robert Harris | ) | |
|         Defendant. | ) | |
| | ) | |
| | ) | |

SATISFACTION OF JUDGMENT

The monetary penalty(s) imposed in the above-captioned action entered on September 30, 2004 has/have been satisfied and paid in full.

Dated: January 27, 2021

HALSEY B. FRANK
United States Attorney

/s/ Andrew K. Lizotte
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2021, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

        HALSEY B. FRANK
        United States Attorney

        /s/ Andrew K. Lizotte
        ANDREW K. LIZOTTE
        Assistant U.S. Attorney
        United States Attorney's Office
        202 Harlow Street, Room 111
        Bangor, Maine 04401
        207-945-0373
        Andrew.Lizotte@usdoj.gov